**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| KRISTOFER DUMELLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.: 13-CV-1575 |
| vs. | ) | |
| | ) | Hon. Amy St. Eve |
| | ) | |
| VILLAGE OF HANOVER PARK, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT ATTORNEY GENERAL LISA MADIGAN'S
MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Attorney General Madigan moves for dismissal of the claim against her in Count I of plaintiff's complaint (the only claim against her). The grounds for this motion are set forth in Defendant Attorney General Madigan's Memorandum in Support of Her Motion to Dismiss Plaintiff's Complaint, which she incorporates by reference.

Dated: March 22, 2013

|   |   |
|---|---|
| | Respectfully submitted, |
| LISA MADIGAN | |
| Attorney General of Illinois | */s/ Michael T. Dierkes* |
| | |
| | Michael T. Dierkes |
| | Office of the Illinois Attorney General |
| | General Law Bureau |
| | 100 West Randolph Street, 13th Floor |
| | Chicago, Illinois 60601 |
| | (312) 814-3000 |
| | |
| | Counsel for Attorney General Madigan |

1