**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1**
**Eastern Division**

Kristofer DuMelle
                                             Plaintiff,

v.                                                             Case No.: 1:13–cv–01575
                                                                      Honorable Amy J. St. Eve

The Village of Hanover Park, et al.
                                             Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 9, 2013:

       MINUTE entry before Honorable Amy J. St. Eve: Motion hearing held on 5/9/2013. Defendant Madigan's motion to stay briefing on plaintiff's motion for summary judgment pending resolution of her motion to dismiss [45] is granted. Plaintiff39;s motion for partial summary judgment [40] is denied without prejudice. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.